UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 4:04-cr-00016-CLC/CHS |
| | ) | |
| THOMAS KAPISE | ) | |

**MEMORANDUM AND ORDER**

Defendant Thomas Kapise appeared for a hearing on August 31, 2026, in accordance with Rules 5 and 32.1 of the Federal Rules of Criminal Procedure on the Amended Petition and Order for Warrant for an Offender Under Supervision ("Petition") in the above matter [Doc. 33].

Defendant was placed under oath and informed of his constitutional rights. The Court determined that Defendant wished to be represented by an attorney and qualified for appointed counsel. The Court therefore appointed Clay Whittaker with Federal Defender Services of Eastern Tennessee to represent Defendant. The Court also determined that Defendant had been provided with and reviewed with counsel a copy of the Petition.

The Government moved that Defendant be detained without bail pending his revocation hearing before U.S. District Judge Collier. Defendant waived his right to a preliminary hearing. Defendant also waived his right to an immediate detention hearing but reserved the right to request a detention hearing upon motion at a later date.

Based upon the Petition and waiver of preliminary hearing, the Court finds there is probable cause to believe Defendant has committed violations of his conditions of supervised release as alleged in the Petition.

Accordingly, the Court **ORDERS** that:

(1) Defendant shall appear for a revocation hearing before U.S. District Judge Collier.

(2) The Government's motion that Defendant be **DETAINED WITHOUT BAIL** pending his revocation hearing before Judge Collier is **GRANTED**.

(3) The U.S. Marshal shall transport Defendant to an in-person revocation hearing **before District Judge Collier at 2:00 p.m. on Wednesday, November 4, 2026.**

SO ORDERED.

ENTER:

s/ ______________________________
MIKE DUMITRU
UNITED STATES MAGISTRATE JUDGE